## LAW OFFICES
## DAVID M. RICHMAN

FRED I. SONNENFELD
JUDITH R. RICHMAN
MARVIN W. WEINSTEIN
BRAD EVAN SERLEN
OF COUNSEL

360 LEXINGTON AVENUE
**NEW YORK, N.Y. 10017**
(212) 687-1425
FACSIMILE (212) 682-6425
E-MAIL: drichman@sonnrichlaw.com

April 30, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 1 2013
```

MEMO ENDORSED

<u>Via Facsimile (212-805-0426)</u>

Honorable Laura T. Swain
USDJ – SDNY
500 Pearl Street
New York, New York  10007

Re:   <u>U.S. v. Lipkin</u>
      S9 10 Cr. 228 (LTS)

Dear Judge Swain:

    I write to request an adjournment of the May 16th sentencing date previously set for Irwin Lipkin.  We encountered some issues in obtaining Mr. Lipkin's medical records which are critical to my presentation regarding the medical carve out preserved in the Plea Agreement Mr. Lipkin entered into with the Government on November 12, 2012.  I have spoken to Assistant U.S. Attorney Julian Moore and Matthew Schwartz and am advised that they do not object to this request and consent to the matter being put over for four (4) months to a date sometime in late September.

    I also spoke to Christopher Ferrall, the probation officer in this matter.  He too has no objection to this request.

    Assuming the Court grants this application, I would like to note that the Jewish New Year starts on Friday, September 3rd and concludes on Saturday, September 14th.  Any date from September 23 on would be acceptable, subject, of course, to the Court's schedule.

**DAVID M. RICHMAN**

Honorable Laura T. Swain
April 30, 2013
Page 2

      Accordingly, I respectfully submit that the matter be put over to a date in late September convenient to Your Honor.

      Respectfully submitted,

      David M. Richman

*/s/ DMR*

Attorney for Irwin Lipkin
360 Lexington Avenue
New York, New York 10017
(212) 687-1425

DMR:kf

cc:   Via Email – matthew.schwartz@usdoj.gov
      AUSA Matthew Schwartz

      U.S. Probation Officer Christopher Ferrall

Adjourned to:

   September 27, 2013 at 2:00 pm.

*/s/* 5/1/2013
U.S.D.J.