UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                       No. 10 Crim. 228 (LTS)

IRWIN LIPKIN (11),

                Defendant(s).
-----------------------------------------------------------------X

## ORDER

The sentencing scheduled for September 27, 2013, is rescheduled to **March 14, 2014 at 2:00 p.m.** in Courtroom 17C.

Dated: New York, New York
          September 19, 2013

                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge