UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

-------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

No. 10 Crim. 228 (LTS)

IRWIN LIPKIN (11),

Defendant.

-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 5 2014

**ORDER**

David M. Richman is relieved as retained counsel for the defendant. The defendant in the above-captioned matter is now represented by retained counsel, Richard P. Galler. No conference is required at this time.

Dated: New York, New York
       May 5, 2014

LAURA TAYLOR SWAIN
United States District Judge

Lipkin CR Order for change of counsel ret to ret.frm     version 12/1/2009