THE LAW OFFICE OF
# RICHARD P. GALLER
ATTORNEY AT LAW
**A LIMITED LIABILITY COMPANY**
75 Essex Street, Suite 220
Hackensack, New Jersey 07601

(201) 678-3200
Fax No: (201) 343-2727

EMAIL: RICHARD@KGALAW.COM

**RICHARD P. GALLER***

OF COUNSEL
JULIAN ALAN SCHULMAN*

*Member of NY AND NJ BAR

NEW YORK OFFICE
1 EXECUTIVE BLVD. Ste 202
SUFFERN, NY 10901
(845)368-0101

April 29, 2014



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 5 2014

**BY FACSIMILE**: 212-805-0426
Honorable Laura T. Swain
United States District Judge (S.D.N.Y.)
500 Pearl Street
New York, New York 10007

      Re: United States v. Irwin Lipkin et al.
         S10 1- Cr. 228 (LTS)

Dear Judge Swain;

  Please be advised that I will be substituting for David Richman regarding Irwin Lipkin. He has advised me that he is ill and due to the nature of his illness, can no longer represent Mr. Lipkin. I have reviewed this matter briefly and find that prior to sentencing we will require two (2) medical reports regarding defendants medical condition and one (1) medical report regarding Mrs. Lipkin's medical condition.

  In addition to preparing a sentencing memorandum to the court, I will also have to review this matter with other counsel in the case.

  To date, I have been unable to connect with Matthew Schwartz, AUSA, but I am copying him on this letter and respectfully requesting that the Court adjourn the sentencing for 90 days, so that I can be fully prepared for sentencing.

  I would like to add, that it is my understanding that Mr. Lipkin has been cooperating with pre-trial services and is not a flight risk.

Honorable Laura T. Swain
United States District Judge (S.D.N.Y.)
April 29, 2014
Page 2

Should Your Honor have any questions, please contact me at the above listed telephone number. Thank You for Your consideration in this request.

Respectfully submitted,
THE LAW OFFICE OF
RICHARD P. GALLER, L.L.C.

By: _____
Richard P. Galler, Esq.

RPG/md
cc:  Mr. Irwin Lipkin
     AUSA Matthew Schwartz (via email)

The request is granted. Sentencing is Adjourned to September 12, 2014 at 2:30pm.

SO ORDERED.

NEW YORK, NY
May 5, 2014
LAURA TAYLOR SWAIN
DISTRICT JUDGE