THE LAW OFFICE OF
# RICHARD P. GALLER
ATTORNEY AT LAW
A LIMITED LIABILITY COMPANY
75 Essex Street, Suite 220
Hackensack, New Jersey 07601

(201) 678-3200
Fax No: (201) 343-2727

EMAIL: RICHARD@KGALAW.COM

RICHARD P. GALLER*

OF COUNSEL
JULIAN ALAN SCHULMAN*

*Member of NY AND NJ BAR

NEW YORK OFFICE
1 EXECUTIVE BLVD. Ste 202
SUFFERN, NY 10901
(845)368-0104

August 14, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 2 2014

MEMO ENDORSED

**VIA ECF**
Honorable Laura T. Swain,
United States District Judge (S.D.N.Y.)
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Irwin Lipkin et al.
      S10 1- Cr. 228 (LTS)

Dear Judge Swain;

Please accept this letter requesting an adjournment of Irwin Lipkin's upcoming sentencing date for the reasons set forth below:

1. The Bonventre defendants have not been sentenced and their sentencing would have a bearing on Irwin Lipkin's sentencing;
2. Irwin Lipkin's pre-sentence report is over one year old and needs to be updated, refined and commented on;
3. Financial/Forfeiture reports and issues have not been completed, refined or resolved;
4. My client's medical condition has not been evaluated by the government;
5. A brief report from Irwin Lipkin's cardiologist is attached, and is not encouraging; reports from additional doctors are required and are anticipated;
6. The governments sentencing memorandum has not been submitted.

Therefore, the sentence should be put off until later in the year, probably sometime in December, so that all the issues can be resolved. It is currently scheduled for September 12, 2014.

Honorable Laura T. Swain,
United States District Judge (S.D.N.Y.)
August 14, 2014
Page 2


Should Your Honor have any questions, please contact me at the above listed telephone number. Thank You for Your consideration in this request.

                              Respectfully submitted,
                              THE LAW OFFICE OF
                              RICHARD P. GALLER, L.L.C.

           By:    _____
                        Richard P. Galler, Esq.

RPG/md

cc:   Robert S. Kleeblatt, Esq.
      Gary Reddish, Esq.
      Mr. Irwin Lipkin

*The sentencing is adjourned to December 12, 2014, at 2:00 pm.*

**SO ORDERED:**

_____ 9/2/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE