THE LAW OFFICE OF
# RICHARD P. GALLER
ATTORNEY AT LAW
**A LIMITED LIABILITY COMPANY**
75 Essex Street, Suite 220
Hackensack, New Jersey 07601

--------

(201) 678-3200
Fax No: (201) 343-2727

EMAIL: RICHARD@KGALAW.COM

**RICHARD P. GALLER*** 

---------

OF COUNSEL
JULIAN ALAN SCHULMAN*

*Member of NY AND NJ BAR

NEW YORK OFFICE
1 EXECUTIVE BLVD, Ste 202
SUFFERN, NY 10901
(845)368-0104

November 12, 2014

**VIA ECF**
Honorable Laura T. Swain,
United States District Judge (S.D.N.Y.)
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Irwin Lipkin et al.
              S10 1- Cr. 228 (LTS)

Dear Judge Swain;

      I note the sentencing of the Bonventre Defendants has been moved to December 8, 2014. Please be advised we will need to review those hearings and sentences before I will be ready for the sentencing of my client Irwin Lipkin. Also, I don't think the Government will be ready for Mr. Lipkin, since at the time the sentence is scheduled they will be in hearings of the Bonventre Defendants. I also do not have the government's sentencing memorandum nor the probation sentencing report. Therefore, the sentence should be put off until March 20, 2015, which is after the sentencing of Eric S. Lipkin

      Should Your Honor have any questions, please contact me at the above listed telephone number. Thank You for Your consideration in this request.

                            Respectfully submitted,
                            **THE LAW OFFICE OF**
                            **RICHARD P. GALLER, L.L.C.**

                By: _____
                          Richard P. Galler, Esq.

RPG/md
cc:    Robert S. Kleeblatt, Esq.
        Gary Reddish, Esq.
        Mr. Irwin Lipkin