# THE LAW OFFICE OF
# RICHARD P. GALLER
ATTORNEY AT LAW
A LIMITED LIABILITY COMPANY
75 Essex Street, Suite 220
Hackensack, New Jersey 07601

(201) 678-3200
Fax No: (201) 343-2727

EMAIL: RICHARD@KGALAW.COM

**RICHARD P. GALLER***

OF COUNSEL
JULIAN ALAN SCHULMAN*

*Member of NY AND NJ BAR

NEW YORK OFFICE
1 EXECUTIVE BLVD. Ste 202
SUFFERN, NY 10901
(845)368-0104

March 27, 2015
**AMENDED LETTER**

**VIA ECF**
Honorable Laura T. Swain,
United States District Judge (S.D.N.Y.)
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    United States v. Irwin Lipkin et al.
                  S10 1- Cr. 228 (LTS)

Dear Judge Swain;

      Please be advised that with consent of Randall W. Jackson of the US Attorney's Office, I am respectfully requesting a thirty-day adjournment in connection with sentencing of Defendant Irwin Lipkin, currently scheduled for April 10, 2015. In preparing a presentence memorandum and reviewing issues regarding my client's health. We have uncovered potential issues of dementia. I asked Dr. Robert Goldstein of Columbia University, a forensic psychiatrist to examine Mr. Lipkin to prepare a report for court in addition, Dr. Bruce Charash, a cardiologist, is also preparing a report regarding cardiac and related issues by Monday. Dr. Goldstein will examine the defendant and prepare a report for the court.

      Should Your Honor have any questions, please contact me at the above listed telephone number. Thank You for Your consideration in this request.

                        Respectfully submitted,
                        THE LAW OFFICE OF
                        RICHARD P. GALLER, L.L.C.

            By: _____
                        Richard P. Galler, Esq.

RPG/md
cc:    Robert S. Kleeblatt, Esq.
       Gary Reddish, Esq.
       Mr. Irwin Lipkin