# THE LAW OFFICE OF
# RICHARD P. GALLER
ATTORNEY AT LAW
A LIMITED LIABILITY COMPANY
75 Essex Street, Suite 220
Hackensack, New Jersey 07601

(201) 678-3200
Fax No: (201) 343-2727

EMAIL: RICHARD@KGALAW.COM

RICHARD P. GALLER*

OF COUNSEL
JULIAN ALAN SCHULMAN*

*Member of NY AND NJ BAR

NEW YORK OFFICE
1 EXECUTIVE BLVD. Ste 202
SUFFERN, NY 10901
(845)368-0101


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-6-2015

May 5, 2015

**VIA ECF**
Honorable Laura T. Swain,
United States District Judge (S.D.N.Y.)
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:  United States v. Irwin Lipkin et al.
     S10 1- Cr. 228 (LTS)

Dear Judge Swain;

Please be advised that with consent of Randall W. Jackson of the US Attorney's Office, I am respectfully requesting a forty-five-day adjournment in connection with sentencing of Defendant Irwin Lipkin, currently scheduled for May 13, 2015. Mr. Lipkin is currently in VanDyke rehabilitation located at 304 South Van Dien Avenue Ridgewood, NJ 07450, which followed after a hospitalization. He is expected to remain there through next Friday, at a minimum. Mr. Lipkin has a catheter and a kidney drain and has had multiple infections. I am attaching a letter from Dr. Deneve dated May 5, 2015, in connection with same.

I am not sure when he will be strong enough for court.

Should Your Honor have any questions, please contact me at the above listed telephone number. Thank You for Your consideration in this request.

Respectfully submitted,
THE LAW OFFICE OF
RICHARD P. GALLER, L.L.C.

By: _____
Richard P. Galler, Esq.

RPG/md
cc:  Robert S. Kleeblatt, Esq.
     Gary Reddish, Esq.
     Mr. Irwin Lipkin

*The sentencing is adjourned to July 7, 2015, at 4:30 pm. The Court wishes Mr Lipkin a full recovery.*

**SO ORDERED:**

_____ 5/6/2015
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE