

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2015

BY ECF AND HAND DELIVERY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-2015
```

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Suite 1320
New York, New York 10007

    Re:    *United States* v. *Irwin Lipkin*
                No. S9 10 Cr. 228 (LTS)

Dear Judge Swain:

        The Government writes, with the consent of counsel for the defendant, to respectfully request that the defendant's sentencing be adjourned to a date convenient to the Court approximately four weeks after its currently scheduled date of July 7, 2015. The purpose of the requested adjournment is to allow the parties additional time to address certain issues relating to sentencing, principally concerning the imposition and implementation of an appropriate forfeiture order. The Government and defense counsel have been in discussions regarding a forfeiture order and the Government believes the requested adjournment would allow an opportunity for discussions that would likely be fruitful in narrowing or eliminating disputes regarding the forfeiture in this case, which is complex and spans a substantial period of time. Thank you for your consideration.

*The sentencing is adjourned to August 5, 2015, at 2:00pm.*
*DE # 1382 resolved.*

**SO ORDERED:**

/s/ 6/24/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully,

/s/ Paul M. Monteleoni
Paul M. Monteleoni
Jonathan Cohen
Assistant United States Attorneys
Tel.: (212) 637-2219/2408

cc:    BY ECF
        Defense counsel