

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 22, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-24-2015
```

BY ECF AND HAND DELIVERY

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Suite 1320
New York, New York 10007

MEMO ENDORSED

    Re:    ***United States* v. *Irwin Lipkin***
           **No. S9 10 Cr. 228 (LTS)**

Dear Judge Swain:

    The Government writes, with the consent of counsel for the defendant, to respectfully request that the Government's time to submit a forfeiture order as to this defendant be extended to August 3, 2015. The Government and defense counsel have been in discussions regarding a forfeiture order and are potentially close to reaching an agreement on a consent forfeiture order that would obviate disputes over the forfeiture. However, the parties will not be in a position to submit a proposed consent order by today, and accordingly respectfully request this brief extension in the hope of reaching a consent order. Thank you for your consideration.

           Respectfully,

           /s/ Paul M. Monteleoni
           Paul M. Monteleoni
           Jonathan Cohen
           Assistant United States Attorneys
           Tel.: (212) 637-2219/2408

cc:   BY ECF
      Defense counsel

*The extension request is granted.*

**SO ORDERED:**

/s/ 7/24/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE