*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 29, 2015

**BY ECF AND HAND DELIVERY**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Suite 755
New York, New York 10007

      Re:      *United States* v. *Irwin Lipkin*
                  No. S9 10 Cr. 228 (LTS)

Dear Judge Swain:

      The Government writes, with the consent of defense counsel, to respectfully request that the time for the Government to submit its sentencing memorandum be extended to no later than Friday, July 31, 2015. The Government seeks this extension in order to consult with the Bureau of Prisons concerning its ability to accommodate an inmate with the medical conditions the defendant's sentencing submission of July 24, 2015 describes.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

               by:    /s/ David M. Abramowicz
                     David M. Abramowicz
                     Assistant United States Attorney
                     (212) 637-6525

cc:     Defense counsel (BY ECF)