*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 3, 2015

BY ECF AND HAND DELIVERY

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Suite 1320
New York, New York 10007

    Re:    *United States* v. *Irwin Lipkin*
                   **No. S9 10 Cr. 228 (LTS)**

Dear Judge Swain:

      The Government writes to submit a proposed forfeiture order as to defendant Irwin Lipkin.  Thank you for your consideration.

                                                Respectfully,

                                                /s/ Paul M. Monteleoni
                                                Paul M. Monteleoni
                                                Jonathan Cohen
                                                Assistant United States Attorneys
                                                Tel.:  (212) 637-2219/2408

cc:    BY ECF
        Defense counsel