

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 26, 2017

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                              **Re: United States v. Irwin Lipkin, et.al.**
                                    S9 10 Cr. 228 (LTS)

Dear Judge Swain:

      The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter.

                                            Respectfully submitted,

                                            JOON H. KIM
                                            Acting United States Attorney

                         By:            /s/
                                            Paul Monteleoni
                                            Assistant United States Attorney
                                            One St. Andrew's Plaza
                                            New York, New York 10007
                                            Tel.: (212) 637-2219