USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-27-2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -v.-

IRWIN LIPKIN,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF FORFEITURE**

S9 10 CR. 228 (LTS)

WHEREAS, on or about August 8, 2015, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 1413), which ordered the forfeiture to the United States of all right, title and interest of IRWIN LIPKIN (the "Defendant"), in the following property:

a) The real property and appurtenances known as 15408 Strathearn Drive, Del Ray Beach, Florida 33448 (the "Florida Property");

b) Fidelity IRA Account No. 483-984078, held in the name of Irwin Lipkin with an approximate value of $738,000 in United States currency (the "Irwin Lipkin IRA");

c) The remainder of the shares of stock in Fidelity Joint Investment Account No. 283-024899 (the "Fidelity Account") following the disbursement of the Released Stocks as set in the Schedule A to the Preliminary Order of Forfeiture (to Carole Lipkin) and the Trustee Recovered Stocks (to the Bankruptcy Trustee) as set forth in Schedule B to the Preliminary Order of Forfeiture (the remainder the "Forfeited Fidelity Stocks");

d) One Two Tone Rolex Oyster Bracelet Watch with White Dial and Jubilee Bracelet located at the New Jersey Property (the "Rolex");

e) A painting located at the New Jersey Property entitled "He's House Trained" by Red Skelton (the "Painting-1");

((a) through (e) collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture,

notice of the United States' intent to dispose of the Specific Property, and the requirement that any

person asserting a legal interest in the Specific Property must file a petition with the Court in

accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3).  The

Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable,

provide direct written notice to any person known to have an alleged interest in the Specific

Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule

32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of

the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require

publication of a notice of forfeiture and of the Government's intent to dispose of the Specific

Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture for the Preliminary Order of Forfeiture  and

the intent of the United States to dispose of the Specific Property was posted on an official

government internet site (www.forfeiture.gov) beginning on August 19, 2016, for thirty

(30) consecutive days, through September 17, 2016, pursuant to Rule G(4)(a)(iv)(C) of the

Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof

of such publication was filed with the Clerk of the Court on August 22, 2017 (D.E. 1489);

WHEREAS, thirty (30) days have expired since final publication of the Notice of

Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been

filed;

WHEREAS, the only parties known by the Government with a potential interest in

the Specific Property have conceded to the forfeiture of the Specific Property and have executed

the Preliminary Order of Forfeiture;

2

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.      The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4.      The Clerk of the Court shall forward four certified copies of this Final Order of Forfeiture to Assistant United States Attorney Sarah K. Eddy, Co-Chief, Money Laundering and Asset Forfeiture Unit, United States Attorney's Office, Southern District of New York, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       September _26_, 2017

                                        SO ORDERED:

                                        _____
                                        HONORABLE LAURA TAYLOR SWAIN
                                        UNITED STATES DISTRICT JUDGE